UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEAUREGARDE HOLDINGS LLP, BEAUREGARDE HOLDINGS II LLP, and SANDGLASS SELECT FUND LP,<br>　　　　　　　　Plaintiffs,<br>　　v.<br>THE PROVINCE OF LA RIOJA,<br>　　　　　　　　Defendant. | No. 24-CV-02955-JGLC<br><br>**ORDER** |

　　The Court, having considered Plaintiffs Beauregarde Holdings LLP, Beauregarde Holdings II LLP, and Sandglass Select Fund LP's Motion for Summary Judgment pursuant to Fed. R. Civ. P. 56, and all other arguments, evidence, and materials submitted by the parties in connection therewith, and good cause appearing therefore:

　　IT IS HEREBY ORDERED that the Plaintiffs' Motion for Summary Judgment is GRANTED in its entirety.

　　The Clerk is hereby ORDERED to enter Judgment as follows against the Province of La Rioja:[1]

1. Awarding Beauregarde Holdings LLP $25,964,556.60 in damages, plus additional interest in the per diem amount of $6,107.45 which becomes due under the Notes between September 10, 2024 and entry of judgment.

2. Awarding Beauregarde Holdings II LLP $12,765,640.26 in damages, plus additional interest in the per diem amount of $3,002.77 which becomes due under the Notes between September 10, 2024 and entry of judgment.

---

[1] All amounts herein are calculated as of September 10, 2024.

3. Awarding Sandglass Select Fund LP $1,126,286.89 in damages, plus additional interest in the per diem amount of $264.93 which becomes due under the Notes between September 10, 2024 and entry of judgment.

It is further ORDERED that, until further notice from the Court, Plaintiffs must refrain from selling or otherwise transferring their beneficial interests in the bonds involved in this action without advising the Court in advance and obtaining permission of the Court.

IT IS SO ORDERED.

Dated: September 11, 2024
New York, New York

*Jessica Clarke*
Jessica G. L. Clarke
United States District Judge