UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BEAUREGARDE HOLDINGS LLP, BEAUREGARDE HOLDINGS II LLP, and SANDGLASS SELECT FUND LP,<br>                    Plaintiffs,<br>     v.<br>THE PROVINCE OF LA RIOJA,<br>                    Defendant. | No. 24-CV-02955-JGLC<br><br>**JUDGMENT** |

Plaintiffs Beauregarde Holdings LLP, Beauregarde Holdings II LLP, and Sandglass Select Fund LP's having moved this Court for an Order of Summary Judgment, and the Court having granted summary judgment on that motion.

NOW, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the Plaintiffs shall recover from the Province of La Rioja as follows:[1]

1. With respect to the claim of Plaintiff Beauregarde Holdings LLP, Plaintiff shall recover from the Province of La Rioja a total of $25,964,556.60 in damages, *plus* any interest that has accrued since September 10, 2024 until the date of entry of this Judgment, in the per diem amount of $6,107.45.

2. With respect to the claim of Plaintiff Beauregarde Holdings II LLP, Plaintiff shall recover from the Province of La Rioja a total of $12,765,640.26 in damages, *plus* any interest that has accrued since September 10, 2024 until the date of entry of this Judgment, in the per diem amount of $3,002.77.

3. With respect to the claim of Plaintiff Sandglass Select Fund LP, Plaintiff shall recover from the Province of La Rioja a total of $1,126,286.89 in damages, *plus* any

---

[1] All amounts herein are calculated as of September 10, 2024.

interest that has accrued since September 10, 2024 until the date of entry of this Judgment, in the per diem amount of $264.93.

It is further **ORDERED** that, until further notice from this Court, Plaintiff must refrain from selling or otherwise transferring their beneficial interests in the bonds involved in this action without advising the Court in advance and obtaining permission of the Court.

Dated: September 11, 2024
New York, New York

*Jessica Clarke*

Jessica G. L. Clarke
United States District Judge