**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

BEAUREGARDE HOLDINGS LLP,
BEAUREGARDE HOLDINGS II LLP, and
SANDGLASS SELECT FUND LP,

            Plaintiffs,

    v.

THE PROVINCE OF LA RIOJA,

            Defendant.

No. 1:24-CV-02955-DLC
No. 1:25-CV-02280-DLC

**ORDER AMENDING JUDGMENTS**

---

WHEREAS, on September 11, 2024, Jessica G. L. Clarke, United States District Judge, entered a Judgment in Case No. 1:24-CV-02955 (the "**2024 Judgment**"), which ordered that Plaintiffs must refrain from selling or otherwise transferring their beneficial interests in the bonds involved in that action without advising the Court in advance and obtaining permission of the Court;

WHEREAS, on March 28, 2025, Case No. 1:24-CV-02955 was reassigned to this Court;

WHEREAS, on July 7, 2025, this Court entered a Judgment in Case No. 1:25-CV-02280-DLC (the "**2025 Judgment**," and together with the 2024 Judgment, the "**Judgments**"), which ordered that Plaintiffs must refrain from selling or otherwise transferring their beneficial interests in the bonds involved in that action without advising the Court in advance and obtaining permission of the Court;

WHEREAS, Plaintiffs have requested prospective approval of certain contemplated internal transfers of their beneficial interests in the 8.5% Notes due February 24, 2028 issued by the Province of La Rioja (the "**Bonds**") among entities under common management and control (an "**Internal Transfer**");

WHEREAS, the Province of La Rioja has opposed Plaintiffs' request for prospective approval of Internal Transfers;

WHEREAS, the Court having considered the submissions of the parties;

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the transfer restriction provisions of the Judgments are hereby amended as follows:

1. Notwithstanding the transfer restriction provisions of the Judgments, Plaintiffs are authorized to effect Internal Transfers — that is, transfers of their beneficial and/or legal interests in the Bonds solely among entities that are under common management and control of the transferring Plaintiff — without obtaining advance permission of the Court.

For the avoidance of doubt, this Order does not authorize any sale or transfer of beneficial interests in the Bonds to any unaffiliated third party; any such transfer continues to require advance notice to and permission of the Court pursuant to the terms of the Judgments.

2.  Within five (5) business days of the consummation of any Internal Transfer, Plaintiffs shall provide written notice to the Court and the Province by filing such notice via ECF in each of the above-captioned actions. Such notice shall identify: (i) the transferring entity; (ii) the receiving entity; (iii) the principal amount of Bonds transferred; and (iv) the ISIN(s) applicable to the transferred Bonds.

3.  This Order does not alter, modify, or affect the monetary amounts awarded under the Judgments, the per diem interest accruing thereunder, or any other provision of the Judgments except as expressly set forth herein.

**It is SO ORDERED.**

Dated:  *June 12, 2026*

_____
Denise Coté
United States District Judge